DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

7 MARCH 2013

| 019P13 | Clifton Bowman, Employee, v. Cox Toyota Scion, Employer Stonewood Insurance Co., Carrier | 1. Defs' Motion for Temporary Stay (COA12-709) | 1. Allowed **01/14/13** Dissolved the Stay **03/07/13** |
| | | 2. Defs' Petition for *Writ of Supersedeas* | 2. Denied |
| | | 3. Defs' PDR Under N.C.G.S. § 7A-31 | 3. Denied |
| 022P13 | In the Matter of: T.W.B., Jr., a minor child | Respondent Father's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA12-615) | Denied **Beasley, J. Recused** |
| 024A13 | State v. Henry Tyrone Randolph | 1. Def's NOA Based Upon a Constitutional Question (COA12-688) | 1. - - - |
| | | 2. State's Motion to Dismiss Appeal | 2. Allowed |
| 027P13 | State v. Matthew Lee Elmore | Def's PDR Under N.C.G.S. § 7A-31 (COA12-459) | Denied |
| 029A13 | Richard M. Johnston v. State of North Carolina | 1. State's Motion for Temporary Stay (COA12-45) | 1. Allowed **01/17/13** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Allowed |
| | | 3. State's NOA based Upon a Dissent | 3. - - - |
| | | 4. State's PDR as to Additional Issues | 4. Denied |
| | | 5. Plt's NOA Based Upon a Constitutional Question | 5. Dismissed *ex mero motu* **Beasley, J., Recused** |
| 032P13 | State v. Jivon Jacquele Darden | Def's PDR Under N.C.G.S. § 7A-31 (COA12-595) | Denied |
| 033A13 | State v. Robert Lamar McFadden | 1. Def's NOA Based Upon a Constitutional Question (COA12-302) | 1. - - - |
| | | 2. State's Motion to Dismiss Appeal | 2. Allowed |